**A. L. Michaels et al., defendants in error, v. Blanche Brush et al., plaintiffs in error.  Gen. No. 7,770.**

Action to recover balance due on purchase price of garage and contents.  Judgment for plaintiffs.  Error to the City Court of Pana; the Hon. John W. Preihs, Judge, presiding.  Heard in this court at the October term, 1924.  Affirmed.  Opinion filed December 31, 1924.  *Certiorari* denied by Supreme Court (making opinion final).

John G. Friedmeyer, for plaintiffs in error.  Carl H. Preihs and C. J. Vogelsang, for defendants in error.

Mr. Justice Niehaus delivered the opinion of the court.